# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ELBERT LAWRENCE

VERSUS

THE STATE OF LOUISIANA

NO.  2019 CW 0341

**AUG 1 9 2019**

---

In Re:   The State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 639010.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

    **WRIT GRANTED WITH ORDER.**  The district court's February 12, 2019 ruling, denying defendant/relator, the State of Louisiana's, Peremptory Exception of Nonjoinder of a Party, is reversed, and the exception is granted. See La. Code Civ. P. art. 1880 ("[w]hen declaratory relief is sought, all persons shall be made parties who have or claim any interest which would be affected by the declaration[.]").  Furthermore, we remand the matter to the district court with instructions to issue an order granting plaintiff/respondent, Elbert Lawrence, the opportunity to amend his petition, if he can, within a delay deemed reasonable by the district court. See La. Code Civ. P. art. 934.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT